PUELLA E. SCOTT, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CRANDALL HORSE COMPANY, Respondent, v. CHICAGO AND EASTERN ILLINOIS RAILWAY COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion to set aside service of summons granted upon the authority of *Leon* v. *Central of Georgia Railway Company* (213 App. Div. 853). All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

IDA W. FORAN, Respondent, v. LUDWIG W. LEISNER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of Proving the Alleged Last Will and Testament of MARGARET T. EDINGER, Deceased.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PASQUALE MAURO and FILOMENA MAURO, Appellants, v. CHARLES GEHKRE and JOHN GEHKRE, Doing Business under the Assumed Name of GEHKRE MOTOR COMPANY, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHAPPELL-DYER COMPANY, INC., Appellant, v. JOSEPH P. GULGUSKY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE HERKIMER NATIONAL BANK, Respondent, v. GEORGE DOSÉ ENGINEERING Co., INC., and Others, Defendants. WILLIAM H. BARNARD, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOSEPH SENN, Respondent, v. WILLIAM H. WELCH and ETTA WELCH, Appellants.— Judgment affirmed, with costs, on the ground that while the exclusion of defendant's statement that he had no knowledge of the frozen condition of the plumbing was error, his testimony as a whole made his claim in that regard clearly manifest so that no harm followed. The verdict is based on a fair conflict of evidence and should not under such circumstances be disturbed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARY E. FLORA, Respondent, v. INTERNATIONAL RAILWAY COMPANY and BUFFALO STORAGE AND CARTING COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

OSCAR FLORA, Respondent, v. INTERNATIONAL RAILWAY COMPANY and BUFFALO STORAGE AND CARTING COMPANY, Appellants.— Judgment and order affirmed, with costs. . All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELIZABETH REIRDON, as Administratrix, etc., of HENRY W. REIRDON, Deceased, Respondent, v. D. LEE MILLER and BERNARD L. CLEARY, Copartners, etc., and JACK MASCLEE, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.